**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| **DEBORAH WALLS and PHILLIP WALLS** | **PLAINTIFFS** |
| **V.** | **NO. 3:23-CV-245-DMB-RP** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **DEFENDANT** |

### ORDER

On June 11, 2024, State Farm filed "Defendant's Motion to Designate Experts Out of Time." Doc. #34. Two weeks later, the parties settled this case during a conference with United States Magistrate Judge Roy Percy. Doc. #38. Pursuant to the settlement, the plaintiffs filed a motion "to dismiss their suit with prejudice" on August 12, 2024, representing in the motion's title that the relief requested is unopposed. Doc. #39 at 1. Given the settlement, the motion to designate [34] is **DENIED as moot** and the motion to dismiss [39] is **GRANTED**. A judgment will be issued.

**SO ORDERED**, this 12th day of August, 2024.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**