IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DEBORAH WALLS and**                                                                      **PLAINTIFFS**
**PHILLIP WALLS**

**V.**                                                                                                        **NO. 3:23-CV-245-DMB-RP**

**STATE FARM FIRE AND**
**CASUALTY COMPANY**                                                                                    **DEFENDANT**

## FINAL JUDGMENT

In accordance with the order issued this day, this case is dismissed with prejudice.

**SO ORDERED**, this 12th day of August, 2024.

                                                                                  **/s/Debra M. Brown**
                                                                                  **UNITED STATES DISTRICT JUDGE**